| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name  **Wildcatter Disposal, LLC** |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known)  20-32455-hdh11 |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/30/2020**       X /s/ Randy Edwards
MM / DD / YYYY                       Signature of individual signing on behalf of debtor

**Randy Edwards**
Printed name

**Manager**
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Wildcatter Disposal, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | 20-32455-hdh11 |

☐ Check if this is an amended filing

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Jupiter Marketing and Trading, LLC<br>440 Louisiana, Suite 700<br>Houston, TX 77002 | | | | | | $148,231.62 |
| 2 | Basin Power Solutions<br>15425 North Freeway, Suite 230<br>Houston, TX 77090 | | | | | | $83,108.35 |
| 3 | McCormick Marketing<br>2401 Avenue Q<br>Snyder, TX 79549 | | | | | | $71,182.42 |
| 4 | Permian Basin Energy Services Inc<br>P.O. Box 11309<br>Odessa, TX 79760 | | Vendor | | | | $67,132.69 |
| 5 | BHS Inc. - WCR<br>P.O. Box 1168<br>Vernal, UT 84078 | | | | | | $62,390.94 |

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | 20-32455-hdh11 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Eagle Automation<br>1600 Stout Street, Suite 450<br>Denver, CO 80202 | | | | | | $53,789.35 |
| 7  Diamond Electric - WCR<br>P.O. Box 5208<br>Midland, TX 79704 | | | | | | $50,334.56 |
| 8  AmeriFlush - WCR<br>4606 Johnson RD<br>Odessa, TX 79764 | | | | | | $41,866.89 |
| 9  Mobile Mini USA<br>4646 E Van Buren Street, Suite 400<br>Phoenix, AZ 85008 | | | | | | $39,393.90 |
| 10  Bee Equipment Sales, Ltd.<br>P.O. Box 3906<br>Lubbock, TX 79452 | | | | | | $39,384.84 |
| 11  Adler Tank Rentals<br>2751 Aaron Street<br>Deer Park, TX 77536 | | | | | | $29,980.45 |
| 12  JH Safety and Trucking, LLC<br>P.O. Box 2409<br>Odessa, TX 79760 | | Vendor | | | | $28,813.05 |
| 13  Ambar Oil Skimmers & Environmental<br>1030 Victory Drive<br>Westwego, LA 70094 | | | | | | $26,897.50 |

Debtor **Wildcatter Disposal, LLC**    Case number (if known) **20-32455-hdh11**
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Freeman Mills PC - WCR 115 W. 7th Street, Suite 1225 Fort Worth, TX 76102 | | | | | | $24,457.00 |
| 15 | PBELAB 1400 Rankin Hwy Midland, TX 79701 | | | | | | $23,650.00 |
| 16 | IHOS - Industrial Hose and Oilfield Supp 2403 25th Street Snyder, TX 79549 | | | | | | $22,312.34 |
| 17 | Ira Pump 6120 Ira Pump Road Ira, TX 79527 | | Vendor | | | | $21,195.57 |
| 18 | DRTS, LLC - WCR 703 Industrial Avenue Odessa, TX 79761 | | | | | | $20,284.11 |
| 19 | CMR Rentals, LLC - WCR c/o Vane Pena P.O. Box 1021 Big Lake, TX 76932 | | Vendor | | | | $17,440.00 |
| 20 | Bertrem Products, Inc 5936 E. 13th Street Tulsa, OK 74112 | | | | | | $15,234.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 3