**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Wildcatter Disposal, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **20-32455-hdh11** |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes.  Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**          **Current value of debtor's interest**

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Prosperity Bank** | **Checking account** | **3 2 7 4** | **$7,905.90** |

4. **Other cash equivalents**      *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$7,905.90**

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☑ Yes.  Fill in the information below.

Debtor    **Wildcatter Disposal, LLC**
Name

Case number (if known)    **20-32455-hdh11**

**7. Deposits, including security deposits and utility deposits**

Current value of
debtor's interest

Description, including name of holder of deposit

7.1.    **Unknown Security Deposit from 2018**                                    **$1,500.00**

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.                    **$1,500.00**

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

Current value of
debtor's interest

**11. Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **$79,993.05** | – | **$0.00** | = ...............→ | **$79,993.05** |
| 11b. Over 90 days old: | **$99,379.85** | – | **$20,000.00** | = ...............→ | **$79,379.85** |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.    **$159,372.90**

## Part 4: Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

Valuation method
used for current value

Current value of
debtor's interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.                    **$0.00**

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes. Fill in the information below.

Debtor   **Wildcatter Disposal, LLC**                                          Case number (if known) **20-32455-hdh11**
 _____
 Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

| $0.00 |
|---|

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

| $0.00 |
|---|

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
          ☐ No
          ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

---

| Debtor | Wildcatter Disposal, LLC | Case number (if known) | 20-32455-hdh11 |
|---|---|---|---|
| | Name | | |

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.

☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | $0.00 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **See attached Exhibit 47** | | | $389,410.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **See attached Exhibit 50A** | | | $166,100.00 |
| **See attached Exhibit 50B** | | | $318,000.00 |
| **See attached Exhibit 50C** | | | $175,000.00 |

**51. Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $1,048,510.00 |
|---|---|

Debtor    **Wildcatter Disposal, LLC**                                              Case number (if known)   **20-32455-hdh11**

Name

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **300 Acres in Borden County**<br>300 Acres in Borden County | Lease/Purchase | Unknown | Book Value | Unknown |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| |
|---|
| **$0.00** |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |
| **Goodwill** | **$421,876.18** | | **$421,876.18** |

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

| |
|---|
| **$421,876.18** |

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |
|---|---|---|---|
| | Name | | |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 11:** **All other assets**

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

**Loan to former 1099 contractor**     $4,391.58  –  $4,391.58  = ➔     $0.00

Total face amount    doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Rickey Mason - Midwestern Vacuum Truck**     $53,424.47

Nature of claim

Amount requested     $53,424.47

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Intercompany claims**     $782,247.08

Nature of claim

Amount requested

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Basis sediment and water/oil**     $1,500,000.00

**78.** **Total of Part 11.**

Add lines 71 through 77.  Copy the total to line 90.     **$2,335,671.55**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor   **Wildcatter Disposal, LLC**
<br>Name

Case number (if known)   **20-32455-hdh11**

<div style="background:black;color:white;">**Part 12:**</div> **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$7,905.90** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$1,500.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$159,372.90** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,048,510.00** | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................... ➜ | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$421,876.18** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+ $2,335,671.55** | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | **$3,974,836.53** + 91b. | **$0.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ..................................................................... **$3,974,836.53**

**Fill in this information to identify the case:**

Debtor name  **Wildcatter Disposal, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number  **20-32455-hdh11**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

| **2.1** | **Creditor's name** Brian E. Chester | **Describe debtor's property that is subject to a lien** All assets of Debtor | $625,000.00 | Unknown |
| --- | --- | --- | --- | --- |

**Creditor's mailing address**
11540 Plano Road

Dallas          TX    75243

**Describe the lien**
Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$1,245,228.03

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) **20-32455-hdh11** |
|---|---|---|

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.2** Creditor's name
**PlainsCapital Bank**

Creditor's mailing address
**3707 Camp Bowie Blvd.**

**Suite 100**

**Fort Worth          TX    76107**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**Equipment Loan**

Describe the lien

**UCC1**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$435,499.23          $477,372.90

**2.3** Creditor's name
**Robert L. Nolan**

Creditor's mailing address
**Red Rocket Industries, LLC**

**P.O. Box 15482**

**Newport Beach        CA    92649**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**Accounts Receivable of Debtor**

Describe the lien

**UCC1**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$50,000.00          Unknown

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |

---

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.4**

| Creditor's name **VeraBank, N.A.** | Describe debtor's property that is subject to a lien | $134,728.80 | $175,000.00 |
|---|---|---|---|

Creditor's mailing address
**c/o Scott A. Ritcheson**

**Ritcheson, Lauffer & Vincent, P.C.**

**821 ESE Loop 323, Suite 530**

**Tyler                     TX     75701**

Creditor's email address, if known
_____

Date debt was incurred     _____

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**2007 Raptor 301 Trailer, 1991 Mack RD690S**

Describe the lien
**Equipment Loan / Agreement**

Is the creditor an insider or related party?

☒ No

☐ Yes

Is anyone else liable on this claim?

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **Wildcatter Disposal, LLC**                    Case number (if known) **20-32455-hdh11**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brian E. Chester** | Line   **2.1** | ___ ___ ___ ___ |
| **1116 King Mark Drive** | | |
| **Lewisville**          **TX**    **75056** | | |

**Fill in this information to identify the case:**

Debtor __**Wildcatter Disposal, LLC**__

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number __**20-32455-hdh11**__
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | | _____ | _____ |

_____

_____

_____

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

_____

**Date or dates debt was incurred**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)( _____ )

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address |
|---|---|

**Adler Tank Rentals**

**2751 Aaron Street**

| **Deer Park** | **TX** | **77536** |

| Date or dates debt was incurred | **09/24/2018** |

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$29,980.45

---

| 3.2 | Nonpriority creditor's name and mailing address |
|---|---|

**Allan Gutierrez**

**Urbana Realty Advisors**

**3350 Riverwood Parkway**

**Suite 2140**

| **Atlanta** | **GA** | **30339** |

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Investor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$300,000.00

---

| 3.3 | Nonpriority creditor's name and mailing address |
|---|---|

**AInc, Inc.**

**2152 FM Hwy 2105**

**P.O. Box 669**

| **San Angelo** | **TX** | **76902** |

| Date or dates debt was incurred | **12/09/2019** |

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$468.85

---

| 3.4 | Nonpriority creditor's name and mailing address |
|---|---|

**Ambar Oil Skimmers & Environmental**

**1030 Victory Drive**

| **Westwego** | **LA** | **70094** |

| Date or dates debt was incurred | **03/15/2019** |

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$26,897.50

---

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.5** | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$41,866.89

**AmeriFlush - WCR**

**4606 Johnson RD**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

| **Odessa** | **TX** | **79764** |

Date or dates debt was incurred     **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| **3.6** | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$33,333.34

**Anne-Marie Gillespie, Indep. Executor**

**of the Estate of Patrick Gillespie**

**c/o Bernard E. Zwillingberg**

**P.O. Box 670342**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Contract**

| **Dallas** | **TX** | **75367** |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| **3.7** | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$6,480.00

**Apex Pump and Equipment**

**P.O. Box 1696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

| **Ft Worth** | **TX** | **76101** |

Date or dates debt was incurred     **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| **3.8** | Nonpriority creditor's name and mailing address | | |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$14,409.94

**ASCO**

**c/o Scott W. Sharp**

**2102 East Slaton Road**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

| **Lubbock** | **TX** | **79404** |

Date or dates debt was incurred     **01/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9** Nonpriority creditor's name and mailing address

**Bailey Boiler Works & Supply**

**1103 FM 1585**

Lubbock          TX     79423

Date or dates debt was incurred          **10/2018**

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,310.27**

---

**3.10** Nonpriority creditor's name and mailing address

**Barbwire Oil & Gas, LLC**

**c/o Hank Rugeley**

**Davison Rugeley, LLP**

**900 Eighth Street, Suite 1102**

Wichita Falls          TX     76301

Date or dates debt was incurred

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.11** Nonpriority creditor's name and mailing address

**Basin Power Solutions**

**15425 North Freeway, Suite 230**

Houston          TX     77090

Date or dates debt was incurred          **08/2018**

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$83,108.35**

---

**3.12** Nonpriority creditor's name and mailing address

**Bee Equipment Sales, Ltd.**

**P.O. Box 3906**

Lubbock          TX     79452

Date or dates debt was incurred          **08/2018**

Last 4 digits of account number          ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$39,384.84**

---

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |

---

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address |
|---|---|

**Bertrem Products, Inc**

**5936 E. 13th Street**

| Tulsa | OK | 74112 |

Date or dates debt was incurred    **11/2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$15,234.00**

---

| 3.14 | Nonpriority creditor's name and mailing address |
|---|---|

**BHS Inc. - WCR**

**P.O. Box 1168**

| Vernal | UT | 84078 |

Date or dates debt was incurred    **2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$62,390.94**

---

| 3.15 | Nonpriority creditor's name and mailing address |
|---|---|

**Black-Frac Tanks**

**808 County Road 215**

| Parachute | CO | 81635 |

Date or dates debt was incurred    **2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$9,400.00**

---

| 3.16 | Nonpriority creditor's name and mailing address |
|---|---|

**Bob Sawdon**

**1140 Fall Creek Road**

| Lincoln | NE | 68510 |

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
**Investor**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$52,816.44**

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,056.67 |

**Borden County Waste Disposal**

**c/o Dick Harris**

**Law Office of Dick Harris, P.C.**

**100 Chestnut Street, Suite 103**

**Abilene**          **TX**    **79602**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Contract**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |

**Brantley Trucking LLC - WCR**

**P.O. Box 2010**

**Monahans**          **TX**    **79756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred    **2018**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,305.07 |

**Bridgestone Hosepower - WCR**

**50 Industrial Loop N.**

**Orange Park**          **FL**    **32073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred    **2018**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,090.00 |

**Bullero Trucking LLC - WCR**

**3924 S. Dixie**

**Odessa**          **TX**    **79766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Date or dates debt was incurred    **2018**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$351.81** |

**Caliper Energy Services**

**P.O. Box 777**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Snyder** | **TX** | **79550** | **Vendor** |

Date or dates debt was incurred  **07/31/2020**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,590.79** |

**Cashway Rental - WCR**

**P.O. Box 591**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Odessa** | **TX** | **79760** | **Vendor** |

Date or dates debt was incurred  **2018**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,182.46** |

**Certified Laboratories**

**P.O. Box 971269**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Dallas** | **TX** | **75397** | **Vendor** |

Date or dates debt was incurred  **2019**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,368.85** |

**Champion X**

**24 Smith Rd Bldg Tgaar, Suite 270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Midland** | **TX** | **79705** | **Vendor** |

Date or dates debt was incurred  **07/31/2020**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| Debtor | **Wildcatter Disposal, LLC** | | Case number (if known) | **20-32455-hdh11** |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.25**   Nonpriority creditor's name and mailing address

**City Bank**

**2525 McKinnon**

**Suite 100**

**Dallas**                       **TX      75201**

Date or dates debt was incurred    **02/2020**

Last 4 digits of account number    **0   2   6   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$196,598.37**

---

**3.26**   Nonpriority creditor's name and mailing address

**CMR Rentals, LLC - WCR**

**c/o Vane Pena**

**P.O. Box 1021**

**Big Lake**                    **TX      76932**

Date or dates debt was incurred    **2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$17,440.00**

---

**3.27**   Nonpriority creditor's name and mailing address

**Dale's Electric**

**300 Coliseum Drive**

**Snyder**                      **TX      79549**

Date or dates debt was incurred    **07/2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,255.96**

---

**3.28**   Nonpriority creditor's name and mailing address

**Diamond Electric - WCR**

**P.O. Box 5208**

**Midland**                     **TX      79704**

Date or dates debt was incurred    **2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$50,334.56**

---

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address |
|---|---|

**Diversity D Inc**

**2023 FM 1698**

**$3,735.75**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Brownfield** | **TX** | **79316** |

Basis for the claim:
**Vendor**

Date or dates debt was incurred   **01/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.30 | Nonpriority creditor's name and mailing address |
|---|---|

**Double T Oilfield Services LLC**

**P.O. Box 62650**

**$1,974.50**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **San Angelo** | **TX** | **76906** |

Basis for the claim:
**Vendor**

Date or dates debt was incurred   **02/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.31 | Nonpriority creditor's name and mailing address |
|---|---|

**DRTS, LLC - WCR**

**703 Industrial Avenue**

**$20,284.11**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

| **Odessa** | **TX** | **79761** |

Basis for the claim:
**Vendor**

Date or dates debt was incurred   **2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.32 | Nonpriority creditor's name and mailing address |
|---|---|

**Eagle Automation**

**1600 Stout Street, Suite 450**

**$53,789.35**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

| **Denver** | **CO** | **80202** |

Basis for the claim:
**Vendor**

Date or dates debt was incurred   **12/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |

---

## Part 2:   Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| **3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |

**Encotech**

**P.O. Box 305**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

| **Eighty Four** | **PA** | **15330** |

Date or dates debt was incurred   **2020**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,774.06** |

**Enoch Kever A PLLC**

**5918 W. Courtyard Dr., Suite 500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

| **Austin** | **TX** | **78730** |

Date or dates debt was incurred   **07/2018**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,522.75** |

**Enviroklean**

**3215 E. County Road 120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

| **Midland** | **TX** | **79706** |

Date or dates debt was incurred   **02/2020**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,960.00** |

**Eurofins Xenco, LLC**

**Dept 6383**

**P.O. Box 11407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

| **Birmingham** | **AL** | **35246** |

Date or dates debt was incurred   **06/2020**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |
|---|---|---|---|

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.37**   Nonpriority creditor's name and mailing address

**Express M Energy Services LLC**

**601 N. Old Lubbock Hwy**

**Snyder**                          **TX**      **79549**

Date or dates debt was incurred       **01/2020**

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$1,999.38

---

**3.38**   Nonpriority creditor's name and mailing address

**FQE Chemicals**

**4820 Railroad Street**

**Deer Park**                       **TX**      **77536**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$9,852.73

---

**3.39**   Nonpriority creditor's name and mailing address

**Freeman Mills PC - WCR**

**115 W. 7th Street, Suite 1225**

**Fort Worth**                      **TX**      **76102**

Date or dates debt was incurred       **20118**

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$24,457.00

---

**3.40**   Nonpriority creditor's name and mailing address

**Fuel Mark - WCR**

**3807 NW Loop 338**

**Odessa**                          **TX**      **79764**

Date or dates debt was incurred       **2018**

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$12,657.10

---

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.41**  Nonpriority creditor's name and mailing address

**Gavitte**

**1200 R Miller Road**

**Fluvanna**                               **TX      79517**

Date or dates debt was incurred      **06/2020**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,152.10**

---

**3.42**  Nonpriority creditor's name and mailing address

**Gravity Oilfield Services, LLC**

**P.O. Box 734128**

**Dallas**                               **TX      75373**

Date or dates debt was incurred      **02/2019**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,435.74**

---

**3.43**  Nonpriority creditor's name and mailing address

**H&S Pressure**

**5815 82ND Street, Suite 145**

**Box #181**

**Lubbock**                               **TX      79424**

Date or dates debt was incurred      **04/2020**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,016.39**

---

**3.44**  Nonpriority creditor's name and mailing address

**Hoseworx International Corp.**

**P.O. Box 3192**

**Odessa**                               **TX      79760**

Date or dates debt was incurred      **2018**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,697.47**

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 12

Debtor **Wildcatter Disposal, LLC**                     Case number (if known) **20-32455-hdh11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.45** Nonpriority creditor's name and mailing address

**HP Logistics - WCR**

**8053 Lead Cir**

**Apt. 837**

**Fort Worth**      **TX**      **76137**

Date or dates debt was incurred    **2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,550.00**

---

**3.46** Nonpriority creditor's name and mailing address

**Huffman Hydrocarbon Engineering**

**6238 Forest Bend**

**San Antonio**      **TX**      **78240**

Date or dates debt was incurred    **2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,259.50**

---

**3.47** Nonpriority creditor's name and mailing address

**I-20 Truck & Trailer Repair, LLC**

**5212 S. Service Road**

**Big Spring**      **TX**      **79720**

Date or dates debt was incurred    **03/2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,395.54**

---

**3.48** Nonpriority creditor's name and mailing address

**Ice Melt Products, LLC**

**8860 Roadrunner Path**

**Snyder**      **TX**      **79549**

Date or dates debt was incurred    **01/2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$500.00**

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |
|---|---|---|---|

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.49**    Nonpriority creditor's name and mailing address

$22,312.34

**IHOS - Industrial Hose and Oilfield Supp**

**2403 25th Street**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Snyder** | **TX** | **79549** |
|---|---|---|

Basis for the claim:
**Vendor**

Date or dates debt was incurred    **2018**

Last 4 digits of account number    ___  ___  ___  ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.50**    Nonpriority creditor's name and mailing address

$0.00

**Internal Revenue Service**

**P.O. Box 7346**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Philadelphia** | **PA** | **19101-7346** |
|---|---|---|

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Last 4 digits of account number    ___  ___  ___  ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.51**    Nonpriority creditor's name and mailing address

$21,195.57

**Ira Pump**

**6120 Ira Pump Road**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Ira** | **TX** | **79527** |
|---|---|---|

Basis for the claim:
**Vendor**

Date or dates debt was incurred    **2018**

Last 4 digits of account number    ___  ___  ___  ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.52**    Nonpriority creditor's name and mailing address

$300.00

**Ira Testers**

**P.O. Box 195**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Ira** | **TX** | **79527** |
|---|---|---|

Basis for the claim:
**Vendor**

Date or dates debt was incurred    **01/2020**

Last 4 digits of account number    ___  ___  ___  ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |

## Part 2:    Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,699.49** |

**J&K Rentals**

**P.O. Box 385**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Snyder** | **TX** | **79550** |

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred    **2018**

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,030.94** |

**Jack's Roadboring Pipeline Construction**

**3518 S. State Highway 208**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Snyder** | **TX** | **79549** |

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred    **02/2020**

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,813.05** |

**JH Safety and Trucking, LLC**

**P.O. Box 2409**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Odessa** | **TX** | **79760** |

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred    **2018**

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2.80** |

**Johns Pump Supply Inc**

**P.O. BOX 1093**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Snyder** | **TX** | **79550** |

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred    **12/2019**

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    **Wildcatter Disposal, LLC**                    Case number (if known)   **20-32455-hdh11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.57**   Nonpriority creditor's name and mailing address

**Jupiter Marketing and Trading, LLC**

**440 Louisiana, Suite 700**

**Houston**                    **TX**    **77002**

Date or dates debt was incurred    **08/2018**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$148,231.62**

---

**3.58**   Nonpriority creditor's name and mailing address

**Knox Waste Service, LLC**

**P.O. Box 569**

**Tye**                    **TX**    **79563**

Date or dates debt was incurred    **08/2020**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$85.00**

---

**3.59**   Nonpriority creditor's name and mailing address

**L&R Services**

**5207 CR 7910**

**Lubbock**                    **TX**    **79424**

Date or dates debt was incurred    **12/2019**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$698.00**

---

**3.60**   Nonpriority creditor's name and mailing address

**Leek Safety & Fire Equipment, Inc.**

**P.O. Box 1583**

**Odessa**                    **TX**    **79760**

Date or dates debt was incurred    **2018**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,421.02**

---

Debtor   **Wildcatter Disposal, LLC**

Case number (if known)   **20-32455-hdh11**

## Part 2:    Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |

**Luna's Tank, LLC**

**P.O. Box 10951**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Midland** | **TX** | **79702** |

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred   **01/2020**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.62 | Nonpriority creditor's name and mailing address | | **$7,225.97** |

**Master Pumps & Equipment Corp.**

**3307 N. County Road W**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Odessa** | **TX** | **79764** |

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred   **10/2019**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.63 | Nonpriority creditor's name and mailing address | | **$2,371.20** |

**Maverick Performance Products LLC**

**5950 S. Cooper Road #3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Chandler** | **AZ** | **85249** |

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred   **01/2020**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.64 | Nonpriority creditor's name and mailing address | | **$71,182.42** |

**McCormick Marketing**

**2401 Avenue Q**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

| **Snyder** | **TX** | **79549** |

**Basis for the claim:**
**Vendor**

Date or dates debt was incurred   **10/2018**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.65**  Nonpriority creditor's name and mailing address

**McDonald Welding Supply, Inc**

**1110 College Avenue**

| | | |
|---|---|---|
| **Snyder** | **TX** | **79549** |

Date or dates debt was incurred      **03/2020**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$98.88**

---

**3.66**  Nonpriority creditor's name and mailing address

**Mid America Labs Company, LLC**

**P.O. Box 172**

| | | |
|---|---|---|
| **Haslet** | **TX** | **76005** |

Date or dates debt was incurred      **12/2019**

Last 4 digits of account number      __ __ __ __

Check

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$757.75**

---

**3.67**  Nonpriority creditor's name and mailing address

**Midcon Gathering**

**150 Wicker Road**

| | | |
|---|---|---|
| **Gail** | **TX** | **79738** |

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11,903.59**

---

**3.68**  Nonpriority creditor's name and mailing address

**Mobile Mini USA**

**4646 E Van Buren Street, Suite 400**

| | | |
|---|---|---|
| **Phoenix** | **AZ** | **85008** |

Date or dates debt was incurred      **2018**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$39,393.90**

---

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.69**    Nonpriority creditor's name and mailing address

**Musslewhite Trucking Company Inc**

**2491 County Road 226**

**Snyder**                         **TX    79549**

Date or dates debt was incurred    **2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?

☑ No
☐ Yes

$650.00

---

**3.70**    Nonpriority creditor's name and mailing address

**National Fuel & Lubricants**

**2208 Avenue R**

**Snyder**                         **TX    79549**

Date or dates debt was incurred    **06/2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?

☑ No
☐ Yes

$4,068.89

---

**3.71**    Nonpriority creditor's name and mailing address

**OG Pulse**

**880 S. Hudson Street**

**Denver**                         **CO    80246**

Date or dates debt was incurred    **08/2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?

☑ No
☐ Yes

$569.00

---

**3.72**    Nonpriority creditor's name and mailing address

**Park Fuels, LTD**

**303 East 1st Street**

**Big Springs**                         **TX    79720**

Date or dates debt was incurred    **07/2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?

☑ No
☐ Yes

$3,466.28

---

| | |
|---|---|
| Debtor **Wildcatter Disposal, LLC** | Case number (if known) **20-32455-hdh11** |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.73**  Nonpriority creditor's name and mailing address

**PBELAB**

**1400 Rankin Hwy**

**Midland**                **TX**    **79701**

Date or dates debt was incurred    **04/2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$23,650.00**

**3.74**  Nonpriority creditor's name and mailing address

**Permian Basin Energy Services Inc**

**P.O. Box 11309**

**Odessa**                **TX**    **79760**

Date or dates debt was incurred    **2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$67,132.69**

**3.75**  Nonpriority creditor's name and mailing address

**Permian Basin Office Products Inc.**

**208 S. A Street**

**Midland**                **TX**    **79701**

Date or dates debt was incurred    **2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$990.36**

**3.76**  Nonpriority creditor's name and mailing address

**Power-House**

**4921 Conflans Road**

**Irving**                **TX**    **75061**

Date or dates debt was incurred    **01/2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,228.65**

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.77** | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$323.27**

**RB Mosher Company Inc.**

**P.O. Drawer A**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Dickinson** | **TX** | **77539** |
|---|---|---|

**Vendor**

Date or dates debt was incurred      **12/2019**

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

---

| **3.78** | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$231,915.08**

**Red Rocket Industries, LLC**

**c/o Robert Nolan**

**P.O. Box 15482**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Newport Beach** | **CA** | **92649** |
|---|---|---|

**Investor**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

---

| **3.79** | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$7,053.00**

**Republic Services**

**3001 FS S. 866**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Odessa** | **TX** | **79763** |
|---|---|---|

**Vendor**

Date or dates debt was incurred      **2018**

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

---

| **3.80** | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

**Rick D. Mason and Sylvia F. Mason**

**P.O. Box 462**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Snyder** | **TX** | **79550** |
|---|---|---|

**Lawsuit**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

---

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.81**   Nonpriority creditor's name and mailing address

**Safety Plus**

**P.O. Box 1308**

**Snyder**                    **TX**    **79550**

Date or dates debt was incurred    **12/2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,462.46**

---

**3.82**   Nonpriority creditor's name and mailing address

**Shortys Backhoe**

**P.O. Box 1331**

**Monahans**                  **TX**    **79756**

Date or dates debt was incurred    **2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,120.00**

---

**3.83**   Nonpriority creditor's name and mailing address

**Solve Networks**

**3321 Essex Drive**

**Richardson**                **TX**    **75082**

Date or dates debt was incurred    **06/2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$289.53**

---

**3.84**   Nonpriority creditor's name and mailing address

**Spectrum Biotechnologies**

**d/b/a Spectrum Water Technologies**

**6135 Industrial Drive**

**Geismar**                   **LA**    **70734**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Services Rendered**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.85**   Nonpriority creditor's name and mailing address

**Standard Energy**

**P.O. Box 2724**

**Lubbock**          **TX**      **79408**

Date or dates debt was incurred       **07/2020**

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,833.47**

---

**3.86**   Nonpriority creditor's name and mailing address

**Stealth Energy Services**

**7393 W US Highway 180**

**Snyder**          **TX**      **79549**

Date or dates debt was incurred       **07/2019**

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$450.00**

---

**3.87**   Nonpriority creditor's name and mailing address

**Stephen Arredondo**

**1919 Genesee Street**

**Houston**          **TX**      **77006**

Date or dates debt was incurred       

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Investor**

Is the claim subject to offset?
☒ No
☐ Yes

**$50,000.00**

---

**3.88**   Nonpriority creditor's name and mailing address

**Strickland Safety Services**

**2240 E. Camelback Road**

**Marlow**          **OK**      **73055**

Date or dates debt was incurred       **05/2020**

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☒ No
☐ Yes

**$4,200.00**

---

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.89** Nonpriority creditor's name and mailing address

**Sunrise Frac Tanks**

**5409 W. US Highway 180**

**Snyder**      **TX**    **79549**

Date or dates debt was incurred    **08/2019**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,049.44**

---

**3.90** Nonpriority creditor's name and mailing address

**T&L Construction**

**P.O. Box 240**

**Snyder**      **TX**    **79550**

Date or dates debt was incurred    **02/2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$85,440.94**

---

**3.91** Nonpriority creditor's name and mailing address

**Tessco Energy Services, Inc**

**P.O. Box 1999**

**Midland**      **TX**    **79702**

Date or dates debt was incurred    **2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,263.33**

---

**3.92** Nonpriority creditor's name and mailing address

**Total Oilfield Services**

**3411 82nd Street, Suite B**

**PMB 108**

**Lubbock**      **TX**    **79423**

Date or dates debt was incurred    **2018**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$610.00**

---

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.93 | Nonpriority creditor's name and mailing address |
|---|---|

**Trumble Crane & Rigging**

**312 NE Loop 289**

| **Lubbock** | **TX** | **79403** |

Date or dates debt was incurred    **10/2018**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$7,791.44**

---

| 3.94 | Nonpriority creditor's name and mailing address |
|---|---|

**TTI Environmental Laboratories**

**800 106th Street**

| **Arlington** | **TX** | **76011** |

Date or dates debt was incurred    **07/2020**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,800.00**

---

| 3.95 | Nonpriority creditor's name and mailing address |
|---|---|

**Unifirst Holdings, Inc**

**48 Windmill Circle**

| **Abilene** | **TX** | **79606** |

Date or dates debt was incurred    **07/2020**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$9,309.21**

---

| 3.96 | Nonpriority creditor's name and mailing address |
|---|---|

**United Oil and Grease**

**Texas Enterprises**

**325 South 13th**

| **Abilene** | **TX** | **79602** |

Date or dates debt was incurred    **01/2020**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,253.91**

---

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$999.48** |

**Val's Truck & Trailer Service, LLC**

**711 25th Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Snyder** | **TX** | **79549** |

Basis for the claim:
**Vendor**

Date or dates debt was incurred    **2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| **3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |

**Volcanic Heater, Inc.**

**8302 Reservoir Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77049** |

Basis for the claim:
**Vendor**

Date or dates debt was incurred    **07/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| **3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,009.51** |

**Warrior Technologies, LLC**

**400 W. Illinois Avenue, Suite 1120**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Midland** | **TX** | **79701** |

Basis for the claim:
**Vendor**

Date or dates debt was incurred    **09/2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| **3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,408.00** |

**Weaver Consultants Group, LLC**

**8203 Solution Center**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Chicago** | **IL** | **60677** |

Basis for the claim:
**Vendor**

Date or dates debt was incurred    **2019**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be
    listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages
    are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|
| 4.1 **Chris Reed** | Line **3.96** | __ __ __ __ |
| **Tucker Albin & Associates** | ☐ Not listed. Explain: | |
| **1702 N. Collins Blvd., Suite 100** | | |
| **Richardson        TX        75080** | | |
| 4.2 **Don A. Leviton** | Line **3.76** | __ __ __ __ |
| **One Pierce Place** | ☐ Not listed. Explain: | |
| **Suite 725W** | | |
| **Itasca        IL        60143** | | |
| 4.3 **Ferral McGavock** | Line **3.84** | __ __ __ __ |
| **c/o John R. Robinson** | ☐ Not listed. Explain: | |
| **Maron, Marvel, Bradley, Anderson & Tardy** | | |
| **2001 Bryan Street, Suite 3050** | | |
| **Dallas        TX        75201** | | |
| 4.4 **Jack Reynolds** | Line **3.11** | __ __ __ __ |
| **Davis & Jones** | ☐ Not listed. Explain: | |
| **314 Main Street, Suite 300** | | |
| **Fort Worth        TX        76102** | | |
| 4.5 **John R. Robinson** | Line **3.84** | __ __ __ __ |
| **Maron, Marvel, Bradley, Anderson & Tardy** | ☐ Not listed. Explain: | |
| **2001 Bryan Street, Suite 3050** | | |
| **Dallas        TX        75201** | | |
| 4.6 **Law Firm of Shawn M. Grady, PLLC** | Line **3.2** | __ __ __ __ |
| **2100 West Loop South, Suite 805** | ☐ Not listed. Explain: | |
| **Houston        TX        77027** | | |

Debtor    **Wildcatter Disposal, LLC**                                    Case number (if known)   **20-32455-hdh11**

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Peerless Communications, Inc.**<br>**c/o Bernard E. Zwillingberg**<br>**P.O. Box 670342**<br><br>**Dallas            TX      75367** | Line   **3.6**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.8 | **Randy Edwards**<br>**5420 LBJ Freeway, Suite 850**<br><br>**Dallas            TX      75240** | Line   _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.9 | **Rick D. Mason and Sylvia F. Mason**<br>**c/o Brad W. Odell**<br>**Mullin Hoard & Brown, LLP**<br>**P.O. Box 2585**<br>**Lubbock            TX      79408** | Line   **3.80**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.10 | **Rotating Solutions, Inc.**<br>**c/o Drew Sawyer**<br>**274 Service Road**<br><br>**Rayne            LA      70578** | Line   **3.84**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.11 | **Stephanie Tolson**<br>**McGlinchey Stafford**<br>**1001 McKinney Street, Suite 1500**<br><br>**Houston            TX      77002** | Line   **3.84**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.12 | **The Hall Law Firm**<br>**c/o Lance Hall**<br>**P.O. Box 168**<br><br>**Sweetwater            TX      79556** | Line   **3.90**<br><br>☐ Not listed.  Explain: | __ __ __ __ |

Debtor    **Wildcatter Disposal, LLC**                                    Case number (if known)    **20-32455-hdh11**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$2,128,231.30** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,128,231.30** |

**Fill in this information to identify the case:**

Debtor name    **Wildcatter Disposal, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number   **20-32455-hdh11**     Chapter    **11**
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Executory Contract | Barbwire Oil & Gas, LLC |
| | | | c/o Hank Rugeley |
| | | | Davison Rugeley, LLP |
| | State the term remaining | | 900 Eighth Street, Suite 1102 |
| | List the contract number of any government contract | | Wichita Falls    TX    76301 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Executory Contract | Borden County Waste Disposal |
| | | | P.O. Box 3215 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Abilene    TX    76904 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Uniform Rentals | Unifirst Holdings, Inc |
| | | | 48 Windmill Circle |
| | State the term remaining | 36 Months | |
| | List the contract number of any government contract | | Abilene    TX    79606 |

**Fill in this information to identify the case:**

Debtor name **Wildcatter Disposal, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **20-32455-hdh11**
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☐  No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☑  Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
    schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
    owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
    separately in Column 2.**

| Column 1:  Codebtor | | Column 2:  Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1  **David Petersen** | **Unknown**<br>Number    Street<br><br>City                State  ZIP Code | **Stephen Arredondo** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2  **David Petersen** | **Unknown**<br>Number    Street<br><br>City                State  ZIP Code | **Red Rocket Industries, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| 2.3  **David Petersen** | **Unknown**<br>Number    Street<br><br>City                State  ZIP Code | **Allan Gutierrez** | ☐ D<br>☑ E/F<br>☐ G |
| 2.4  **Harry Sherman** | **P.O. Box 802788**<br>Number    Street<br><br>**Dallas            TX   75380**<br>City                State  ZIP Code | **Allan Gutierrez** | ☐ D<br>☑ E/F<br>☐ G |

Debtor    **Wildcatter Disposal, LLC**                                    Case number (if known)    **20-32455-hdh11**

▌ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |

**2.5**  **Harry Sherman**

P.O. Box 802788
Number        Street

Dallas                      TX    75380
City                             State    ZIP Code

**Brian E. Chester**

- ☑ D
- ☐ E/F
- ☐ G

**2.6**  **Harry Sherman**

P.O. Box 802788
Number        Street

Dallas                      TX    75380
City                             State    ZIP Code

**Robert L. Nolan**

- ☑ D
- ☐ E/F
- ☐ G

**2.7**  **Harry Sherman**

P.O. Box 802788
Number        Street

Dallas                      TX    75380
City                             State    ZIP Code

**Bob Sawdon**

- ☐ D
- ☑ E/F
- ☐ G

**2.8**  **Harry Sherman**

P.O. Box 802788
Number        Street

Dallas                      TX    75380
City                             State    ZIP Code

**Stephen Arredondo**

- ☐ D
- ☑ E/F
- ☐ G

**2.9**  **Randy Edwards**

320 Decker Drive
Number        Street

Irving                      TX    75062
City                             State    ZIP Code

**PlainsCapital Bank**

- ☑ D
- ☐ E/F
- ☐ G

**2.10**  **Randy Edwards**

320 Decker Drive
Number        Street

Irving                      TX    75062
City                             State    ZIP Code

**Brian E. Chester**

- ☑ D
- ☐ E/F
- ☐ G

**2.11**  **Randy Edwards**

320 Decker Drive
Number        Street

Irving                      TX    75062
City                             State    ZIP Code

**Robert L. Nolan**

- ☑ D
- ☐ E/F
- ☐ G

| Debtor | **Wildcatter Disposal, LLC** | Case number (if known) | **20-32455-hdh11** |

---

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| **2.12** | Randy Edwards | **320 Decker Drive**<br>Number        Street<br><br>**Irving**            **TX**   **75062**<br>City                    State    ZIP Code | **Allan Gutierrez** | ☐ D<br>☑ E/F<br>☐ G |
| **2.13** | Randy Edwards | **320 Decker Drive**<br>Number        Street<br><br>**Irving**            **TX**   **75062**<br>City                    State    ZIP Code | **Bob Sawdon** | ☐ D<br>☑ E/F<br>☐ G |
| **2.14** | Randy Edwards | **320 Decker Drive**<br>Number        Street<br><br>**Irving**            **TX**   **75062**<br>City                    State    ZIP Code | **Stephen Arredondo** | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name  **Wildcatter Disposal, LLC**

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF TEXAS**

Case number (if known):  **20-32455-hdh11**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B........................................................................................... | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B......................................................................................... | **$3,974,836.53** |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B........................................................................................... | **$3,974,836.53** |

## Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... | **$1,245,228.03** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................ | **$0.00** |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | **+ $2,128,231.30** |

4. **Total liabilities**
   Lines 2 + 3a + 3b.................................................................................................................. | **$3,373,459.33** |

**Fill in this information to identify the case and this filing:**

Debtor Name      **Wildcatter Disposal, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number      **20-32455-hdh11**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/26/2020**          X _____
          MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                    **Randy Edwards**
                                    Printed name

                                    **Manager**
                                    Position or relationship to debtor

In re: Wildcatter Disposal, LLC
Case No. 20-32455-hdh11

**Schedule A/B, Part 8, Question #47**
Automobiles, vans, trucks, motorcycles, trailers and titled farm vehicles

| Year | Make/Model | Cost Basis |
|------|-----------|-----------|
| 1981 | Int'l 1854 | $21,760.00 |
| 1986 | Peterbilt 359 | $75,459.00 |
| 2004 | Fontaine S-Series | $5,000.00 |
| 2001 | Carriage 5th Wheel | $5,000.00 |
| 2007 | Raptor 301 Trailer | $5,000.00 |
| 2008 | Big 16ET | $3,714.00 |
| 2000 | Dodge Ram 3500 | $29,420.00 |
| 2006 | GMC/Chevy C33 | $29,915.00 |
| 2018 | H&H Speedloader TIL | $21,447.00 |
| 1991 | Mack RD690S | $95,455.00 |
| 1988 | Homemade Trailer | $5,000.00 |
| 1978 | Flatbed Trailer | $5,000.00 |
| 2006 | Trox Trailer | $5,000.00 |
| 1985 | Frei FLC12064T | $82,240.00 |
| | **Total:** | **$389,410.00** |

In re: Wildcatter Disposal, LLC
Case No. 20-32455-hdh11

**Schedule A/B, Part 8, Question #50A**

Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Year | Make/Model | Serial Number | Cost |
|------|-----------|---------------|------|
| 2015 | Fore Wildwod 27RLSS | 4X4TWDC28FA25533 | $10,000.00 |
| | Kawasaki Mule | JK1AFEP16LB505087 | $6,500.00 |
| | 4,000 gallon Grey Moving Bed Bio Reactor & 50 bags biomedia | | $25,000.00 |
| | Dolphin Centrifuge, Control Panel and Heater | | $100,000.00 |
| | E-176 A&B 460 Volt Pump Skid and Control Panel | | $3,000.00 |
| | Mahle 21 cartridge filter Vessel | | $7,500.00 |
| | Siemens Control Panel and Goulds/3 HP Baldor Pump Skid | | $4,000.00 |
| | 1500 gallon poly water storage tank | | $2,000.00 |
| | New spare Goulds pump for Siemens Pump skid | | $1,700.00 |
| | 30- tank heat pads | | $6,000.00 |
| | PepLink cellular modem for office internet | | $400.00 |

Total:     **$166,100.00**

In re: Wildcatter Disposal, LLC
Case No. 20-32455-hdh11

**<u>Schedule A/B, Part 8, Question #50B</u>**

Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Year | Make/Model | Serial Number | Cost |
|---|---|---|---|
| 2011 | Case 1650L XLT Dozer | NBDC16015 | $70,000.00 |
| 2005 | Cat Crawler Dozer D6NXL | CCK00531 | $60,000.00 |
| | Two Roper 3748HBFRV -4" gear pumps | | $15,000.00 |
| | 6- Jensen 401-2HP Mixers-15" Propellers | | $15,000.00 |
| | Two-500 bbl water tanks | | $15,000.00 |
| | EVMSU# Unit; NDP-50BAN; Flanges; Valves | | $10,000.00 |
| | 12 carbon steel epoxy lined tanks; 7-500 bbl: 3-1000 bbl; 2-1000 bbl Gun Barrels | | $90,000.00 |
| | Vaughan Chopper SP4C-082 Pump, Elec Motor, Valve | | $15,000.00 |
| | Paco Pump w/10HP | | 3,000.00 |
| | Updated Electrical Panels and Wiring | | <u>$25,000.00</u> |
| | | **Total:** | **318,000.00** |

In re: Wildcatter Disposal, LLC
Case No. 20-32455-hdh11

## Schedule A/B, Part 8, Question #50C

Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Year | Make/Model | Serial Number | Cost |
|------|------------|---------------|------|
| 2011 | Case 521 E Wheel Loader | NBF210821 | $55,000.00 |
| 2012 | Case CX250C Excavator | NCSAM1243 | $120,000.00 |
| | | **Total:** | **$175,000.00** |